RUMPLE, Appellant, v. DODGE, Respondent.

(197 N. W. 785.)

(File No. 5512.  Opinion filed March 18, 1924.)

**Appeal and Error—Briefs—Court Rules—Judgment Affirmed Where Appeal Abandoned by Default in Filing Briefs.**

> Where no brief was filed by appellant within the time for filing appellant's brief, and no other action of any kind was taken in prosecuting appeal or complying with the Supreme Court rules, the appeal will be deemed abandoned, and the judgment appealed from will be affirmed.

Appeal from Circuit Court, Kingsbury County; HON. ALVA E. TAYLOR, Judge.

*Alexander & Alexander,* and *Olaf Eidem,* all of Brookings, for Appellant.

*William H. Warren,* of DeSmet, and *Hall & Purdy,* of Brookings, for Respondent.

PER CURIAM. Notice of appeal from a judgment and order of the circuit court of Kingsbury county, dated August 27, 1923, together with a certificate of the clerk of said court, showing that the record in said cause was settled April 5, 1923, and that the copy of the notice attached was a true copy thereof, was filed in this court September 25, 1923. On October 8, 1923, a stipulation was filed in this court, extending the time in which appellant might serve and file his brief to and including December 1, 1923.

No other papers in this case were ever filed in this court. The appellant having failed to comply with rules 5, 6, 7, and 13

of this court within the time therein prescribed, the appeal is deemed abandoned, and the judgment and order of the lower court are affirmed.

Note.—Reported in 197 N. W. 785.    See, Headnote, Appeal and error, 3 C. J. Sec. 1607, 4 C. J. Sec. 2437.